UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MID-CONTINENT CASUALTY CO.,

                    Plaintiff(s),

          v.

WILLIAMSBURG CONDOMINIUM
ASSOCIATION, et al.,

                    Defendant(s).

NO. C05-1240

ORDER ON MOTION TO REVISE
CASE SCHEDULE

          The Court, having received and reviewed the Stipulated Motion to Postpone Trial Date, makes the following findings:

          1.     The motion contains no specific (or insufficient)  facts to establish good cause for a continuance and/or
          2.     The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

          Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

          The clerk is directed to send copies of this order to all counsel of record.

          Dated:   August 7, 2006

                                        _____
                                        Marsha J. Pechman
                                        U.S. District Judge

ORD ON MTN TO CONT - 1