UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MID-CONTINENT CASUALTY CO., an Oklahoma corporation,<br><br>Plaintiff,<br><br>v.<br><br>TITAN CONSTRUCTION CORP., a Washington corporation; et al.,<br><br>Defendants. | Case No. C05-1240MJP<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against PLAINTIFF MID-CONTINENT CASUALTY CO. and on behalf of DEFENDANT TITAN CONSTRUCTION CORP. in the amount of $865.85.

Dated this ___13th___ day of JULY, 2009.

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1